322

**L.** Metcalfe WALLING, Administrator, etc., appellee, v. STANDARD DREDGING CORPORATION, Appellant.

No. 63.

Circuit Court of Appeals, Second Circuit.

Jan. 14, 1943.

Arthur E. Reyman, of New York City, for appellee.

Robert A. Lilly, of New York City, for appellant.

Before L. HAND, CLARK, and FRANK, Circuit Judges.

PER CURIAM.

Order affirmed on authority of Endicott-Johnson Corp. v. Perkins, 317 U.S. ——, 63 S.Ct. 339, 87 L.Ed. ——.